March 8, 2009

Dear Mr Abernathy

This letter is coming to you due to my concerns about a conversation I heard while eating at the MCH cafeteria last week Monday. As a medical center employee we are fortunate to have our own pharmacy and hence do not have to mess with the hassle of Walgreens, Walmart or other retail pharmacies.

It will be a disaster for us to lose our out patient pharmacy because of a handful of unhappy and irresponsible employees.

I was eating in the cafeteria at about 5:00pm on Monday and overhead a conversation form a table next to mine and they were all MCH employees mostly nurses and therapists. They were discussing their concerns about the out patient pharmacy and they claimed Mr Larry Miller was an impaired pharmacist and sometimes came to work drunk and smelling like alcohol. They were concerned about their safety and that of the ector county indigens that filled their prescriptions in that pharmacy. He makes alot of errors and very soon will hurt or kill somebody.

The pharmacy employees all know about this problems and are too afraid to speak up. The hospital top management wil not address the problem due to the shortage of pharmacists they insisted.

An ex-pharmacist told them that Larry orders alot of controlled substances for his own personal use without prescription e.g xanax, provigil 100mg etc. Larry also has been selling the drug Nexium to a pharmacist friend in Midland who manages a nursing home and pocketing the money for his own personal use. One of the nurses said that she was told Larry orders Nexium in cases so he can sell to his friend whenever he needed some.

The board of pharmacy has been notified and should be visiting soon for a complete audit of the pharmacy they said. The board of pharmacy will check all invoices and dispensing records and may shut the pharmacy down if in violation.

As MCH employees we work hard to protect the good image of the hospital and definitely do not need an embarrasing publicity that might follow.

If the pharmacist is impaired please advise him to seek help immediately before the board of pharmacist gets a hold of him and revokes his license or the DEA send him to prison.

I hope you will thoroughly investigate this problem and stop the loss of money through illegal drug sale.

The hospital might call in an external pharmacy auditors to check into this allegations because internal audit might not reveal all the wrong doings. The board of pharmacy like our nursing board are not very nice when they have to help an organization find their problems. So act today before they visit and we end up losing our out patient pharmacy. Thank you

                                                  worried MCH staff nurse.